**FILED**

NF

AUG 3 1 2005

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA, an Illinois non-profit corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>HUMAN KINETICS PUBLISHERS, INC. an Illinois corporation<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIV. No. **05C 5034**

*JUDGE NORGLE*

*MAGISTRATE JUDGE VALDEZ*

## COMPLAINT

Plaintiff, National Council of Young Men's Christian Associations of the United States of America (hereinafter "Plaintiff" or "YMCA"), alleges as follows:

### Nature of the Action

1.    In this action, YMCA seeks injunctive relief for acts of trademark infringement, unfair competition, and trademark dilution under the laws of the United States, Title 15, United States Code, and for acts of unfair competition, deceptive trade practices, consumer fraud and deceptive business practices under Illinois law.

### Jurisdiction and Venue

2.    Jurisdiction of this Court is based on 28 U.S.C. §§ 1331 and 1338 (2002) and 15 U.S.C. § 1121 (2002).

3.    Venue is proper within this judicial district under 28 U.S.C. § 1391(c) (2002).

## The Parties

4.     Plaintiff is a non-profit corporation existing under the laws of Illinois. Plaintiff's principal place of business is located at 101 North Wacker Drive, Chicago, Illinois 60606. The nation's 2,600 YMCAs are either member associations of Plaintiff or branches of a YMCA member association.

5.     Plaintiff is the national resource office for all U.S. YMCAs and exists to serve its 976 chartered member associations. Together, the nation's 2,600 YMCAs comprise the largest non-profit community service organization in the United States. YMCAs work to meet the health and social service needs of 20 million men, women and children in 10,000 communities in the United States. In addition, the international YMCA movement stretches beyond the United States, serving about 35 million world-wide.

6.     Plaintiff, directly and through its licensees, offers a wide variety of instructional materials and manuals on topics in the field of sports, health, fitness, and family, community and spiritual values, use by YMCA professional personnel, volunteer leaders, and participants in programs conducted by YMCA member associations throughout the United States.

7.     Defendant Human Kinetics Publishers, Inc. ("HK" or "Defendant") is an Illinois corporation, with offices in Illinois and in Florida.

## Background Facts

8.     Since 1855, YMCA and its predecessors adopted and have continually used in commerce the designation YMCA (the "YMCA Mark") in connection with indicating membership in Plaintiff's organization and in connection with the sale and offering of, *inter alia*, a wide variety of instructional materials and manuals on a topics in the fields of sports, health,

-2-

fitness, and family, community and spiritual values, for use by YMCA professional personnel, volunteer leaders, and participants in programs designed to promote the physical, mental, and spiritual development of others conducted by YMCA member associations throughout the United States.

9.     The YMCA Mark is duly registered in the United States Patent and Trademark Office under two valid, subsisting, and uncancelled registrations, and Plaintiff YMCA is the owner thereof. The YMCA Mark is a famous mark, and its registrations are now "incontestable" pursuant to Section 15 of the Lanham Act. 15 U.S.C. §1065 (2002). Copies of the YMCA Mark registrations are attached hereto as Exhibits A-B. Additionally, Plaintiff YMCA has myriad other applications for and registrations of designations in the United States Patent and Trademark Office which contain the YMCA Mark. See Exhibit C.

10.     Plaintiff also uses the famous YMCA Mark as the name of its over 976 chartered member associations – which amounts to 2600 YMCA locations throughout the United States; locations which advertise, offer for sale, and sell a wide range of goods and services bearing the YMCA Mark. Plaintiff also uses the YMCA Mark in connection with the promotion of its organization and its goods and services through the Plaintiff's principal web site, located at "**ymca.net**."

11.     As a result of extensive use, advertising, and promotion for over one hundred forty (140) years, the YMCA Mark has become widely and favorably known as identifying Plaintiff's goods and services, and Plaintiff has developed extensive and valuable goodwill in the YMCA Mark.

12.     Plaintiff's YMCA Mark, through its wide public recognition and long time use, has acquired fame in the eyes of consumers.

-3-

### Defendant's Activities

13. Since 1983 Defendant HK has been licensed by YMCA to develop and publish educational materials, including books, instructor guides, videos, software, award articles, insignia and promotional materials ("YMCA Program Materials") under a series of successive agreements. The most recent such agreement is dated June 24, 2002, with an effective term of five years from that date (the "License Agreement"). The License Agreement is currently in full force and effect.

14. HK is currently the exclusive publisher and distributor of YMCA Program Materials. The YMCA Program Materials are sold by HK to YMCA member associations directly and through the YMCA Program Store, which is an on-line retail store operated by HK through its website, located at www.humakinetics.com. YMCA Program Materials may also be purchased by the public at large through the YMCA Program Store. Most, if not all, of the YMCA Program Materials include the YMCA Mark in their titles.

15. HK publishes a wide variety of other books, journals, software, and videos under its own imprint, in areas related to the YMCA's activities, such as sports, fitness and health, physical education and the like, which it also offers for sale to the general public at www.humankinetics.com.

16. The License Agreement grants Licensee a non-exclusive license to use the names "Young Men's Christian Association," "YMCA," and their variations "solely in connection with the marketing and sale of products covered by the terms of this Agreement." The License Agreement further provides that "[a]ny use of such names and/or marks in connection with specific new products developed after the date hereof shall only be with the express approval of [YMCA]."

-4-

17. In November, 2004 at a conference sponsored by the Association of Professional Directors of the YMCA (now known as the Association of YMCA Professionals), an independent association of YMCA professional directors and program instructors affiliated with YMCA, it came to YMCA's attention that HK was promoting its own "Education Center for the YMCA Movement" which it called "Triangle University." HK proposed to offer this self-described "educational service for YMCAs" through a combination of on-line and classroom instruction. Among the hand-outs distributed by HK to YMCA directors attending the conference was the Triangle University Curriculum, attached as Exhibit D to this Complaint.

18. Among the courses described in Exhibit D are "Discover the YMCA," "Safety at the YMCA," "Essentials of YMCA Health Fitness," Coaching YMCA Rookies," and "Coaching YMCA Winners." As described in Exhibit D, each of these courses was to be accompanied by printed or downloadable study materials offered under the same titles.

19. None of these courses or their accompanying study materials is a product covered by the terms of the License Agreement. HK did not ask YMCA for approval of any of these products, and YMCA never granted HK any approval for any of these products or for the use of the YMCA Mark in their titles.

20. YMCA promptly objected to HK's proposed use of the YMCA Mark in connection with these products.

21. After several months of subsequent discussion with HK, in an effort to compel HK to remove the YMCA Mark from the titles of these products or otherwise cooperate to eliminate any potential for confusion among the YMCA professionals, volunteers, and members to whom HK proposed to offer these products, HK has informed YMCA that it intends to proceed with offering the following courses through its Triangle University Program, with accompanying

-5-

printed or downloadable study materials, under the following titles: Discover the YMCA, Safety at the YMCA, Ethics at the YMCA, and Essentials of Health Fitness at the YMCA (the "Infringing Titles").

22. Although YMCA was involved in the initial development of the work HK proposes to distribute under the title Discover the YMCA, it has expressly disapproved of the work in its current form, and has expressly disapproved of the use of the YMCA Mark in the title of the work in its current form. YMCA has not participated in the development of any of the other courses or their accompanying printed or downloadable study materials, and has not approved the use of the YMCA Mark in any of the other Infringing Titles.

## COUNT I

### Trademark Infringement Under Federal Law

23. YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-23.

24. This is a claim for infringement of Plaintiff's registered trademark YMCA, as depicted in the attached Exhibits A-C.

25. The acts of Defendant complained of herein are outside the express terms of the License Agreement and are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others in violation of 15 U.S.C. § 1114 (2002).

26. The infringement of Plaintiff's YMCA Mark has been of a willful and wanton nature. Defendant has intentionally incorporated the YMCA Mark in the Infringing Titles despite the express prohibition on such use contained in the License Agreement and has

-6-

announced its intention to go forward with the use of the Infringing Titles for products not covered by the License Agreement despite the express disapproval of YMCA of such use.

27.    The acts of Defendant complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to mistakenly believe that the courses and course materials distributed by Defendant under the Infringing Titles are the products of, or are related to, sponsored by, or connected with YMCA, in violation of 15 U.S.C. § 1114.

28.    As a result of Defendant's actions, YMCA will suffer serious and irreparable injury and, unless restrained by this Court, is likely to suffer further irreparable injury by Defendant's continued infringement, for which YMCA has no adequate remedy at law.

## COUNT II

### Unfair Competition Under Federal Law

29.    YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-29.

30.    The acts of Defendant complained of herein constitute use of a false designation of origin or a false representation of fact which is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of its goods, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (2002).

31.    The unfair competition engaged in by Defendant has been of a willful and wanton nature, particularly after YMCA expressly informed Defendant that it did not approve the use of YMCA in any title of any materials not covered by the License Agreement because doing so

-7-

would lead to both a likelihood of confusion and actual consumer confusion. Defendant has refused to change the Infringing Titles.

32. As a result of Defendant's actions, YMCA will suffer serious and irreparable injury and, unless restrained by this Court, is likely to suffer further irreparable injury by Defendant's continued infringement, for which YMCA has no adequate remedy at law.

## COUNT III

### Trademark Dilution Under Federal Law

33. YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-32.

34. Plaintiff's YMCA Mark is famous, including among consumers in Illinois, and were famous long before Defendant commenced its unlawful conduct described herein. Defendant's conduct, as described herein, constitutes dilution of the famous YMCA Mark, in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

35. On information and belief, Defendant's conduct, as described herein, has actually diluted the distinctive quality of Plaintiff's YMCA Mark.

36. As a result of Defendant's actions, YMCA will suffer serious and irreparable injury and, unless restrained by this Court, is likely to suffer further irreparable injury by Defendant's continued infringement, for which YMCA has no adequate remedy at law.

-8-

## COUNT IV

### Unfair Competition Under Common Law

37. YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-38.

38. On information and belief, the acts of Defendant complained of herein constitutes the misappropriation of valuable property rights of YMCA and trading on the goodwill symbolized by the famous YMCA Mark. Defendant's use of the YMCA Mark in the Infringing Titles is likely to confuse and deceive members of the purchasing public. By virtue of its aforementioned acts, Defendant has engaged in unfair competition in violation of the common law of unfair competition of the State of Illinois.

39. Defendant's acts have damaged YMCA by engendering confusion with regard to its YMCA mark.

40. As a result of Defendant's actions, YMCA will suffer serious and irreparable injury and, unless restrained by this Court, is likely to suffer further irreparable injury by Defendant's continued infringement, for which YMCA has no adequate remedy at law.

### COUNT V

### Deceptive Trade Practices Act Violations

41. YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-41.

42. Through use of the YMCA Mark in the Infringing Titles, Defendant has intentionally and willfully misrepresented the courses and course materials to be published under the Infringing Titles as being approved by, sponsored by, or affiliated with YMCA. Defendant's

-9-

conduct has caused, and will continue to cause, a likelihood of confusion and misunderstanding as to the source, sponsorship, and approval of its goods and services.

43. Such conduct constitutes a violation of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/2 *et seq.* (2002).

44. Defendant's acts have damaged Plaintiff by engendering confusion with regard to its YMCA mark. Plaintiff has no adequate remedy at law inasmuch as the goodwill in its trademarks has been and continues to be damaged and Defendant's acts will cause prolonged and continuous future confusion in the marketplace.

45. As a result of Defendant's actions, YMCA will suffer serious and irreparable injury and, unless restrained by this Court, is likely to suffer further irreparable injury by Defendant's continued infringement, for which YMCA has no adequate remedy at law.

## COUNT VI

### Consumer Fraud and Deceptive Business Practices Act Violations

46. YMCA repeats and realleges the allegations contained in the foregoing paragraphs 1-45.

47. The unauthorized use of the YMCA Mark in the Infringing Titles constitutes an unfair method of competition and an unfair or deceptive act or practice, including, but not limited to, the use or employment of deception, fraud, false pretense, false promise, misrepresentation, or the concealment, suppression, or omission of material facts to the purchasing public, including the source of Defendant's s goods and services and the sponsorship, approval, and/or affiliation of Plaintiff with Defendant's goods and services, with the intent that the purchasing public rely on such unfair methods of competition and unfair or deceptive acts or practices.

-10-

48. Defendant's actions were performed with willfulness and the intent to wrongfully exploit the rights of Plaintiff in the YMCA Mark.

49. Defendant's actions constitute a violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.* (2002).

## Relief Sought

**WHEREFORE**, YMCA asks this Court to:

1. Grant a permanent injunction restraining and enjoining Defendant and any principals, agents, servants, employees, successors, and assigns of Defendant and all those in privity, concert, or participation with Defendant from:

    (i) imitating, copying, duplicating, or otherwise making any use of the YMCA Mark or confusingly similar trademarks and trade names, unless expressly authorized by YMCA;

    (ii) manufacturing, producing, distributing, circulating, selling, or otherwise disposing of any printed material bearing any copy or colorable imitation of the YMCA Mark or confusingly similar trademarks including but not limited to Discover the YMCA, Safety at the YMCA, Ethics at the YMCA, and Essentials of Health Fitness at the YMCA;

    (iii) using any unauthorized copy or colorable imitation of the YMCA Mark, in such fashion as is likely to falsely relate or connect Defendant with YMCA;

    (iv) using any false designation of origin or false description which can or is likely to lead the public, or individual members thereof, to mistakenly

-11-

believe that any good or service advertised, promoted, offered, or sold by Defendant is sponsored, endorsed, approved, or authorized by or connected with YMCA;

(v)     causing likelihood of confusion or injury to YMCA's business reputation and to the distinctiveness of YMCA's YMCA Mark by unauthorized use of the same or a confusingly similar equivalent, such as Discover the YMCA, Safety at the YMCA, Ethics at the YMCA, and Essentials of Health Fitness at the YMCA;

(vi)    engaging in any other activity constituting unfair competition or infringement of the YMCA Mark or YMCA's rights in, to use, or to exploit the same; and

(vii)   assisting, aiding, or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (i) through (vi) above.

2.      Find that Defendant has infringed the YMCA Mark and has damaged Plaintiff's goodwill by the acts complained of herein, in violation of 15 U.S.C. § 1114.

3.      Find that Defendant has unfairly competed with YMCA by the acts complained of herein, in violation of 15 U.S.C. § 1125(a).

4.      Find that Defendant has unfairly competed with YMCA by the acts complained of herein, in violation of the common law of the State of Illinois.

5.      Find that Defendant has engaged in deceptive trade practices, in violation of 815 ILCS 510/2, *et seq*.

-12-

6.    Find that Defendant has engaged in consumer fraud and deceptive business practices, in violation of 815 ILCS 505/1, *et seq.*

7.    Grant an order requiring Defendant and any principals, agents, servants, employees, successors, and assigns of and all those in privity or concert with Defendants who receive actual notice of said order, to deliver up all promotional, advertising, and any other printed materials of any kind, wrongfully bearing the YMCA Mark.

8.    Award to YMCA its attorneys' fees, due to the exceptional nature of this case, and all of YMCA's costs and expenses of litigation.

9.    Grant to YMCA such other and further relief as the Court may deem just, proper, and equitable under the circumstances.

Respectfully submitted,

NATIONAL COUNCIL OF YOUNG
MEN'S CHRISTIAN ASSOCIATIONS OF
THE UNITED STATES OF AMERICA

Dated:

By:    Steven H. Hoeft, Esq.
Michelle C. Burke, Esq.
James E. Griffith, Esq.
McDERMOTT, WILL & EMERY
227 West Monroe Street, #4400
Chicago, Illinois 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

Attorneys for Plaintiff

-13-





## CERTIFICATE OF RENEWAL

*The registration shown in this certificate has been renewed in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for renewal of the registration for the mark shown in this certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the registrant is entitled to renewal of the registration for the mark under the Trademark Act of 1946, as Amended.*

*A copy of the mark and pertinent data from the registration are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law.*



*Acting Commissioner of Patents and Trademarks*

Prior U.S. Cl.: 200

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 668,795

Registered Oct. 21, 1958

Renewal Term Begins Oct. 21, 1998

## COLLECTIVE MEMBERSHIP
## PRINCIPAL REGISTER

## YMCA

NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA, THE (ILLINOIS NOT-FOR-PROFIT CORPORATION),
101 NORTH WACKER DRIVE
CHICAGO, IL 60606, BY MERGER WITH NATIONAL BOARD OF THE YOUNG MEN'S CHRISTIAN ASSOCIATIONS (NEW YORK CORPORATION) NEW YORK, NY

FOR: INDICATING MEMBERSHIP IN APPLICANT'S ASSOCIATION, IN CLASS 200

FIRST USE 0-0-1855; IN COMMERCE 0-0-1855.

SER. NO. 72-010,336, FILED 6-15-1956.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 26, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS





Nº 1549218

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-fifth day of July, 1989.

Commissioner of Patents and Trademarks

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

**Reg. No. 1,549,218**

## United States Patent and Trademark Office   Registered July 25, 1989

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## YMCA

NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS (ILLINOIS CORPORATION), AKA YMCA OF THE USA, AKA THE NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA
101 N. WACKER DRIVE
CHICAGO, IL 60606

FOR: CLOTHING, NAMELY, SHORTS, T-SHIRTS, SWEATPANTS, SWEATSHIRTS, PANTS, SHIRTS, SOCKS AND BATHING SUITS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1855; IN COMMERCE 0-0-1855.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, CONDUCTING PROGRAMS DESIGNED TO PROMOTE THE PHYSICAL, MENTAL, AND SPIRITUAL DEVELOPMEMT OF OTHERS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1855; IN COMMERCE 0-0-1855.

OWNER OF U.S. REG. NOS. 659,629 AND 668,795.

SER. NO. 578,007, FILED 1-16-1986.

MARTIN MARKS, EXAMINING ATTORNEY



**Exhibit C**

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| DISCOVERY YMCA | 16 | United States of America | Registered | 73/407588 12/28/1982 | 1276953 5/8/1984 |
| *Goods:* 16 - PUBLICATIONS-NAMELY, PERIODICAL MAGAZINES CONTAINING INFORMATION ABOUT APPLICANTS PROGRAMS, ACTIVITIES AND PERSONNEL. | | | | | |
| Y-INDIAN MAIDENS YMCA MOTHER DAUGHTER FRIENDS ALWAYS Y (and Design) | 200 | United States of America | Registered | 72/432892 8/16/1972 | 964457 7/17/1973 |
| *Services:* 200 - INDICATING MEMBERSHIP IN APPLICANT'S ASSOCIATION. | | | | | |
| Y-INDIAN PRINCESS FATHER DAUGHTER FRIENDS ALWAYS YMCA Y (and Design) | 42 | United States of America | Registered | 72/432898 8/16/1972 | 964458 7/17/1973 |
| *Services:* 200 - INDICATING MEMBERSHIP IN APPLICANT'S ASSOCIATION. | | | | | |

CHI99 4520905-1.014205.0152

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| YMCA | 25, 41 | United States of America | Registered | 578007 1/16/1986 | 1549218 7/25/1989 |
| *Goods/Services:* 25 - CLOTHING; NAMELY, SHORTS, T-SHIRTS, SWEATPANTS, SWEATSHIRTS, PANTS, SHIRTS, SOCKS AND BATHING SUITS.  41 - EDUCATIONAL AND ENTERTAINMENT SERVICES; NAMELY, CONDUCTING PROGRAMS DESIGNED TO PROMOTE THE PHYSICAL, MENTAL AND SPIRITUAL DEVELOPMENT OF OTHERS. | | | | | |
| YMCA | 200 | United States of America | Registered | 72/010336 6/15/1956 | 668795 10/21/1958 |
| *Services:* 200 - INDICATING MEMBERSHIP IN APPLICANT'S ASSOCIATION. | | | | | |
| YMCA (and Design) | 200 | United States of America | Registered | 72/010337 6/15/1956 | 0659629 3/18/1998 |
| *Services:* 200 - INDICATING MEMBERSHIP IN APPLICANT'S ASSOCIATION. | | | | | |

- 2 -

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| YMCA (and Design) | 36, 41 | United States of America | Registered | 76/303717 8/22/2001 | 2746081 8/5/2003 |
| *Services:* 36 – CHARITABLE FUND-RAISING SERVICES 41 – ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND CONDUCTING RUNNING EVENTS DESIGNED TO PROMOTE THE MENTAL, PHYSICAL AND SPIRITUAL DEVELOPMENT OF CHILDREN AND ADULTS. | | | | | |
| YMCA ADVENTURE GUIDES (and Design) | 41, 200 | United States of America | Allowed | 76/539633 6/13/2003 | |
| *Services:* 42 - ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTERESTS OF ORGANIZATIONS IN THE PROMOTION OF THE PHYSICAL, MENTAL, AND SPIRITUAL DEVELOPMENTS OF OTHERS. | | | | | |
| YMCA HEALTHY KIDS (and Design) | 41, 42 | United States of America | Registered | 75/420073 1/20/1998 | 2351156 5/23/2000 |
| *Services:* 200 - INDICATING MEMBERSHIP IN AN ORGANIZATION DESIGNED TO PROMOTE THE PHYSICAL, MENTAL, AND SPIRITUAL DEVELOPMENT OF OTHERS. | | | | | |

- 3 -

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| YMCA OF THE USA | 42 | United States of America | Registered | 73/577892 1/16/1986 | 1448979 7/21/1987 |

*Goods/Services*: 16 – PUBLICATIONS AND PRINTED MATERIALS, NAMELY, HANDOUTS, BOOKS, MANUALS, PAMPHLETS, PROMOTIONAL MATERIALS, AND MARKETING MATERIALS RELATING TO SWIMMING AND WATER SAFETY EDUCATION CLASSES

25 – CLOTHING, NAMELY, T-SHIRTS AND SPORTING APPAREL, NAMELY, CAPS, SWEATSHIRTS, AND SWEATPANTS

41 – EDUCATIONAL SERVICES, NAMELY, GROUP AND INDIVIDUAL SWIMMING AND WATER SAFETY INSTRUCTION

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| YMCA OF THE USA | 200 | United States of America | Registered | 73/578016 1/16/1986 | 1449075 7/21/1987 |

*Services*:   41 – PROVIDING INFORMATION IN THE FIELDS OF FAMILY RELATIONSHIPS, CHILD CARE, NUTRITION, YOUTH DEVELOPMENT, AND PERSONAL AND SPIRITUAL DEVELOPMENT VIA THE INTERNET; EDUCATIONAL SERVICES, NAMELY, CONDUCTING ON-LINE EXHIBITIONS AND DISPLAYS AND INTERACTIVE EXHIBITS IN THE FIELDS OF FAMILY RELATIONSHIPS, CHILD CARE, NUTRITION, YOUTH DEVELOPMENT, AND PERSONAL AND SPIRITUAL DEVELOPMENT.

- 4 -

| TRADEMARK | CLASS | COUNTRY | STATUS | SERIAL NUMBER/ FILING DATE | REGISTRATION NUMBER/ REGISTRATION DATE |
|---|---|---|---|---|---|
| YMCA SPLASH | 16, 25, 41 | United States of America | Registered | 75/205661 11/27/1996 | 2232703 3/16/1999 |
| *Services:* 41 - EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, CONDUCTING PROGRAMS DESIGNED TO PROMOTE THE PHYSICAL, MENTAL AND SPIRITUAL DEVELOPMENT OF OTHERS. | | | | | |
| YMCA STRONG FAMILIES ZONE (and Design) | 41 | United States of America | Allowed | 78/174859 10/16/2002 | |
| *Services:* 200 – INDICATING MEMBERSHIP IN AN ORGANIZATION DESIGNED TO PROMOTE THE PHYSICAL, MENTAL, AND SPIRITUAL DEVELOPMENT OF OTHERS. | | | | | |

- 5 -



# TRIANGLE
# UNIVERSITY



# Curriculum

# Triangle University Curriculum

## An Independent Education Center for the YMCA Movement

Triangle University's curriculum is organized into three major areas – YMCA Foundations, YMCA Programs, and YMCA Leadership. Within each area various certifications will be offered and supported by a continuing education program. A listing of the current planned certifications and courses, and their development status, for the three major areas follows.

### YMCA Foundations Curriculum

YMCA Professional I Certificate

Prepare new staff for success in their jobs by having them complete Triangle University's three orientation courses and earn the YMCA Professional I Certificate. Maintain certification by completing any one course per year from the Foundations Curriculum or earning the YMCA Professional II certificate.

**Discover the YMCA** – This interactive, multimedia course introduces new staff, volunteers, and board members to the culture of the YMCA, providing them with what they need to know to apply the YMCA Mission to their specific job or volunteer role.

- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Discover the YMCA text
- Date Available: July 2005
- Price: $49

**Safety at the YMCA** – This course provides YMCA staff and volunteer program leaders with the basic understanding and skills needed to provide for the safety of everyone at the Y. Topics include child abuse prevention, OSHA requirements, AEDs, accident management, emergency procedures, security, and others.

- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available: July 2005
- Price: $49

**Respectful Relationships** – This course helps all staff and volunteers understand and develop the relationships every YMCA wants to build with those considering the Y, participants, new members, and current members. Staff and volunteers will learn and develop skills for every step in the relationship cycle: listening, interviewing, coaching, group building, and recruiting volunteer leaders.

- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable work book
- Date Available: July 2005
- Price: $49

1

YMCA Professional II Certificate

Encourage your staff to complete any three of these courses to earn the YMCA Professional II certification or take any course to maintain the YMCA Professional I certification.

**Conflict Resolution** – This course provides communication and relationship skills essential to the workplace.
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available:
- Price: $49

**Managing Work Wisely** -- This course focuses on time and organization management in the workplace.
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available:
- Price: $49

**Ethics at Work** – Professional ethics and a code of conduct are presented in this course. Applying YMCA values to work situations are key aspects of this course.
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available:
- Price: $49

**Leadership Essentials** – This course provides the basic skills needed to move from "doing" to "managing" to "leading."
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available:
- Price: $49

**Understanding Diversity** – Ensuring the YMCA is representative of the total community is the key objective for this course. Issues covered include program outreach, staffing, and financial accessibility.
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Downloadable workbook
- Date Available:
- Price: $49

## YMCA Health and Safety Certification

Earn the YMCA Health and Safety Certificate by completing all four of these courses. Note: The classroom or "hands on" part of these four courses are typically taught consecutively at one session. These courses will be certified American Safety and Health Institute courses which are recognized by most state departments of health.

**Cardiopulmonary Resuscitation --**
- Prerequisites: None
- Approximate study time: 2 hrs online, 1 hr classroom
- Study materials: Downloadable workbook
- Date Available: July 2005
- Price: $39

**Automated External Defibrillation (AED) --**
- Prerequisites: None
- Approximate study time: 2 hrs online, 30 min classroom
- Study materials: Downloadable workbook
- Date Available: July 2005
- Price: $39

**Basic First Aid --**
- Prerequisites: None
- Approximate study time: 2 hrs online, 2 hr classroom
- Study materials: Downloadable workbook
- Date Available: July 2005
- Price: $39

**Blood Borne Pathogens --**
- Prerequisites: None
- Approximate study time: 3 hrs online, 0 hr classroom
- Study materials: Downloadable workbook
- Date Available: July 2005
- Price: $39

# YMCA Program Training

## *Health and Fitness*

YMCA Health Fitness Instructor Certification
These four courses contain the essential knowledge that every YMCA health fitness instructor should have to be minimally prepared. Because individuals will come to YMCAs with a wide range of backgrounds and certifications from other organizations, candidates for the YMCA Health Fitness Instructor Certificate will be able to test out of all the courses listed below except the first, which provides essential knowledge unique to the YMCA. Candidates must also earn the YMCA Health and Safety Certificate or possess current equivalent certifications from other approved providers. The Howley and Franks *Health & Fitness Instructor's Handbook, 4th edition*, will be purchased for the first course and then used in the other three courses.

**Essentials of YMCA Health Fitness** – This course introduces the student to the functions and responsibilities of being a YMCA health fitness instructor and presents the knowledge about the YMCA's principles and guidelines for health fitness instruction. (Content from HFIH, ch. 1, and YMCA publications.)
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Howley and Franks *Health & Fitness Instructor's Handbook*, 4th Edition and Principles and Guidelines of YMCA Health Fitness
- Date Available: 2006
- Course and text price: $99

**Scientific Foundations to Health Fitness** – A brief introduction to exercise anatomy, biomechanics, exercise physiology, and exercise psychology. (Content from HFIH, ch. 27-28, 22, plus HK FitPro courses 101, 103, and other HK reference works.)
- Prerequisites: None
- Approximate study time: 20 hrs online, 0 hrs classroom
- Study materials: Howley and Franks *Health & Fitness Instructor's Handbook*, 4th Edition
- Date Available: 2006
- Course Price: $199
- Testing Out Fee: $25

**Evaluation of Health Fitness** – An introduction to assessment of health, body composition, cardiorespiratory fitness, muscular fitness, including flexibility, and nutrition. The course will provide students with useful assessment tools for each type of assessment. (Content from HFIH, ch. 5-9, FitPro courses 114, 115, 116, maybe 104.)

- Prerequisites: None
- Approximate study time: 20 hrs online, 8 hrs classroom
- Study materials: Howley and Franks *Health & Fitness Instructor's Handbook*, 4th Edition
- Date Available: TBA
- Course Price: $299
- Testing Out Fee: $25

**Activity Prescription for Health Fitness** – (see HFIH, part 3 and FitPro courses)

- Prerequisites: None
- Approximate study time: 20 hrs online, 8 hrs classroom
- Study materials: Howley and Franks *Health & Fitness Instructor's Handbook*, 4th Edition
- Date Available: TBA
- Course Price: $299
- Testing Out Fee: $25

YMCA Group Exercise Instructor Certification

This extensive course prepares individuals holding the Health Fitness Instructor Certificate to teach group exercise, focusing on principles and methods. Students successfully completing the course receive the Triangle University Group Exercise Instructor certificate. (May be a possibility of a joint certificate with ACSM.)

**Methods of Group Exercise Instruction** – Learn the principles of group exercise instruction, the guidelines for warm-up, cardiorespiratory, and muscular group exercise, and practical teaching skills. (Based entirely on Kennedy's book and CD)

- Prerequisites: Triangle Health Fitness Instructor Certification
- Approximate study time: 40 hrs online, 6 hrs classroom
- Study materials: Kennedy and Yoke, *Methods of Group Exercise Instruction*, 2005
- Date Available: 2006
- Course Price: $399

YMCA Personal Training Specialist Certificate

This extensive course prepares individuals holding the Health Fitness Instructor Certificate to direct the exercise programs of individuals. Students successfully completing the course receive the Triangle University Personal Training Specialist certificate. (May be a possibility of a joint certificate with ACSM.)

5

**Methods of Personal Training** – (Course description to be developed.)
- Prerequisites: Triangle Health Fitness Instructor Certification
- Approximate study time: 40 hrs online, 6 hrs classroom
- Study materials: To be selected
- Date Available: TBA
- Course Price: $399

Older Adult Health Fitness Specialist Certificate
**Instructing Physical Activity Programs for Older Adults** – This course is designed to prepare fitness instructors to work effectively with older adults.
- Prerequisites: Health Fitness Instructor Certification
- Approximate study time: 40 hrs online, 8 hrs classroom
- Study materials: Jones and Rose, *Physical Activity Instruction of Older Adults*, 2005.
- Date Available: 2006
- Course Price: $399

Older Adult Health Fitness Director Certificate
**Directing Physical Activity Programs for Older Adults** – (see Jones and Rose curriculum for Physical Activity Directors of Seniors)
- Prerequisites: Instructing Physical Activity Programs for Older Adults Certification
- Approximate study time: 40 hrs online, 8 hrs classroom
- Study materials: Jones and Rose, *Physical Activity Instruction of Older Adults*, 2005.
- Date Available: 2006
- Course Price: $ TBA

Youth Health Fitness Specialist Certificate
**Directing Physical Activity Programs for Children** – (Course description to be developed.)
- Prerequisites: Health Fitness Instructor Certification
- Approximate study time: 40 hrs online, 8 hrs classroom
- Study materials:
- Date Available: TBA
- Course Price: $399

YMCA Health Fitness Instructor II Certificate
We will develop a series of advanced courses on various aspects of health fitness instruction that will renew certification through continuing education credits and lead to advanced certification. These courses will be on such topics as strength and power training, flexibility, exercise nutrition, and working with various special populations beyond those addressed above.

6

Health Fitness Director Certificate
(We will develop a series of courses for this certificate.)

## *Active Living Program*

The Active Living curriculum is your immediate solution to reach the inactive adult market in your community. Read the description of the program (http://www.activeliving.info/) and send your staff to the two courses described below so you can begin offering the Active Living Every Day and Healthy Eating Every Day courses to your members and members-to-be soon.

Active Living Every Day Facilitator Certificate
**Active Living Every Day Facilitator course** – This course prepares you to teach or deliver the Active Living Every Day course to your members. This course is available now.
- Prerequisites: None
- Approximate study time: 20 hrs online, 8-10 hrs classroom
- Study materials: Blair et al., *Active Living Every Day*
- Date Available: NOW
- Course Price: $294 per facilitator*
*\* An additional fee for the face-to-face workshop may be applied if provided by The Cooper Institute or other Active Living Regional Training Center.*

Healthy Eating Every Day Facilitator Certificate
**Healthy Eating Every Day Facilitator course** – This course prepares you to teach the Healthy Eating Every Day course to your members and the course is available now.
- Prerequisites: None
- Approximate study time: 20 hrs online, 8-10 hrs classroom
- Study materials: Carpenter, *Healthy Eating Every Day*
- Date Available: May 2005
- Course Price: $294 per facilitator*
*\* An additional fee for the face-to-face workshop may be applied if provided by The Cooper Institute or other Active Living Regional Training Center.*

Active Living Director Certificate
**Directing Active Living Programs** – (This program will teach health fitness directors how to deliver the Active Living program within their YMCA.)
- Prerequisites: YMCA Health Fitness Program Director
- Approximate study time: ? hrs online, ? hrs classroom
- Study materials: ?
- Date Available: ?
- Course Price: $

# YMCA Youth Super Sports

See the YMCA Program Store catalog for a complete description of this outstanding youth sports program. Contact Terry Doster (terry@triangle2.org) for assistance in adopting the program, training staff, and implementing every phase of YMCA Youth Super Sports.

## YMCA Youth Sport Director Certificate
**YMCA Youth Super Sports Director's course** – This course will help the director or coordinator of a YMCA sports league with everything they need to know to run a successful program. This course will include online and classroom instruction. Participants will receive a Director's Notebook and participant materials.

- Prerequisites: YMCA Professional I Certificate
- Approximate study time: 40 hrs online, 8 hrs classroom
- Study materials: YYSS Director's Course Kit.
- Date Available: 2006
- Course Price: $499

## YMCA Youth Super Sports Rookie Coach Certificate
**Coaching YMCA Rookies [sport]**- This is a series of sport-specific courses for volunteer coaches in the Rookie program (4-7 year-olds) that introduces the concept of the Rookies program, with an emphasis on instruction, and then shows coaches how to teach the basic technical and tactical skills of the sport. Courses will be available for baseball, softball, basketball, soccer, volleyball, tackle and flag football.

- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Coaching YMCA Rookies [sport] text and video or DVD
- Date Available: September 2005
- Course Price: $30, plus shipping.

## YMCA Youth Super Sports Winners Coach Certificate
**Coaching YMCA Winners [sport]**- This is a series of sport-specific courses for volunteer coaches in the Winners program (8-14 year-olds) that introduces the concept of the winners program, and then teaches coaches how to teach the basic technical and tactical skills of the sport using the games approach. Courses will be available for baseball, softball, basketball, soccer, volleyball, tackle and flag football.

- Prerequisites: None
- Approximate study time: 4 hrs online, 0 hrs classroom
- Study materials: Coaching YMCA Winners [sport] text and video or DVD
- Date Available: September 2004
- Course Price: $30, plus shipping.

8

## Aquatics

Triangle University will offer an outstanding series of aquatics certifications developed in partnership with leading aquatics organizations. We're currently finalizing the curriculum but intend to offer the following certifications.

YMCA Aquatic Pool Operators Certification

YMCA Basic Life Guarding Certification

YMCA [Special] Life Guarding Certifications

YMCA Swimming Instructor Certifications

YMCA Water Fitness Instructor Certification

YMCA Aquatic Director Certification

### Child Care & Day Camp

**Sport for All** – This is a ready-to-use physical activity resource for YMCA child care and day camp programs. The printed resources are available now and the training will be available in mid-2005.

**Day Camp Counselor** – This 4 hour online training will be designed to prepare day camp counselors in advance of the on site, camp specific training. This will ensure all counselors report to on site training with a back ground in YMCA day camping, character development, working with children, and leading activities.

Other courses being considered.

### Membership

YMCA Membership Specialist Certificate

**Membership 101** – This course helps all YMCA staff on the front line understand how to share the benefits of YMCA membership and invite people to join.
- Prerequisites: None
- Approximate study time: 4 hrs online, 0 classroom
- Study materials: Downloadable Workbook
- Date Available: January 2006
- Price: $49

9

**Membership Director** – This advanced course will cover marketing, promotion, retention, member service, and communications. Successful completion of this course will certify as a Membership Director.

- Prerequisites:
- Approximate study time: 8 hrs online, 8 classroom
- Study materials:
- Date Available:
- Price: $

## Management and Leadership Curriculum

Triangle University offers a certification in YMCA Management by successfully completing courses in the five areas critical to YMCA operations: staff development, board development, fiscal management, financial development, and marketing & communications. This certification is ideal for those preparing for a branch executive or CEO position.

**Staff Development** – This course covers all aspects of staffing: recruiting, hiring, orientation, training, supervision, recognition, probation, and termination.

- Prerequisites: None
- Approximate study time: 6 hrs online, 6 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $299

**Board Development** – The skills needed to assess a board, recruit board members, staff board meetings, organize committees, communicate with board members, and recognize outstanding service are taught in this course.

- Prerequisites: None
- Approximate study time: 6 hrs online, 6 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $299

**Fiscal Management** – This course helps managers become comfortable with the basics of budgeting, financial projections, control systems, and financial reporting.

- Prerequisites: None
- Approximate study time: 6 hrs online, 6 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $299

**Financial Development** – The essentials of fund raising covered in this course include: developing a case, campaign structure, recruiting and training campaigners, goal setting, making the "ask," support materials, reporting, thanking donors, and celebrations. The primary focus is on annual support, but capital and endowment fund raising basics are introduced.

- Prerequisites: None
- Approximate study time: 6 hrs online, 6 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $299

**Marketing & Communications** – This course introduces the "Ps" of marketing: people, price, place, program, and promotion. Participants will learn how to develop a marketing plan and the fundamentals of business communications.

- Prerequisites: None
- Approximate study time: 6 hrs online, 6 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $299

For those already in positions of leadership, Triangle University offers a YMCA Leadership Certification. To earn this top-level certification, you must successfully complete the five management courses above, plus the three leadership courses listed below.

**Strategic Planning** – The Four Point Planning process is taught in this course. Participants will learn how to facilitate the process to bring organizational clarity on Purpose, Principles, Priorities, and Performance. Tools and resources for gathering data, preparation, input sessions, decision making, and plan integration and implementation are provided.

- Prerequisites: YMCA Management Certification
- Approximate study time: 12 hrs online, 12 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $499

**Team Performance** – The skills needed to translate vision into action through a staff team are central to this course. Leaders learn how to recruit talent, evaluate team members, organize teams, conduct productive meetings and retreats, communicate effectively, get relevant feedback, make adjustments, and motivate staff and teams.

- Prerequisites: YMCA Management Certification
- Approximate study time: 12 hrs online, 12 hrs classroom
- Study materials: Downloadable Text
- Date Available: September 2005
- Course Price: $499

**Leadership Seminar** – This advanced course is for senior staff leaders of YMCAs to confront the issues challenging YMCA leaders today and for the next decade. Trends, best practices, competition, the economy, public policy, and vision planning will be presented, discussed, and applied to your situation.

- Prerequisites: YMCA Management Certification
- Approximate study time: 12 hrs online, 36 hour retreat
- Study materials: Downloadable Discussion Guide & Website
- Date Available: September 2005
- Course Price: $995