UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA, an Illinois non-profit corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No.: 05 C 5034 Judge Norgle |
| HUMAN KINETICS, INC. an Illinois corporation, | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

### AGREED MOTION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

Plaintiff National Council of Young Men's Christian Associations of the United States of America ("Plaintiff") hereby moves this Court to enter the attached Permanent Injunction and to dismiss with prejudice all other claims and counterclaims brought by either Party in this action. In support of its Motion, Plaintiff states as follows:

1. On August 31, 2005, Plaintiff filed its Complaint against Defendant alleging that Defendant's actions constituted trademark infringement, unfair competition, and trademark dilution under the laws of the United States, Title 15, United States Code, and unfair competition, deceptive trade practices, consumer fraud, and deceptive business practices under Illinois law.

2. On November 20, 2006, the Parties entered into a fully executed Settlement Agreement resolving all of the issues in the above-captioned matter.

3. The Parties' Settlement Agreement calls for entry of a Permanent Injunction, attached as Exhibit A hereto.

4. Entry of the Permanent Injunction and dismissal with prejudice of all remaining claims and counterclaims by both Parties will give effect to the intent of the Parties and to their Settlement Agreement and will resolve all matters before this Court in this litigation.

5. Brian R. Gilchrist, counsel for Defendant, has consented to the filing of this Motion and the entry of the Permanent Injunction.

WHEREFORE, National Council of Young Men's Christian Associations of the United States of America respectfully requests that this Court enter the Permanent Injunction and dismiss all of the remaining claims and counterclaims in this suit with prejudice, pursuant to the agreement of the Parties.

Respectfully submitted,

Dated this 1st day of December, 2006.

      s/ Michelle C. Burke
Steven H. Hoeft, Esq.
Michelle C. Burke, Esq.
James E. Griffith, Esq.
Myriam Pierre-Warren, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096
312.372.2000
Facsimile: 312.984.7700

EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NATIONAL COUNCIL OF YOUNG )<br>MEN'S CHRISTIAN ASSOCIATIONS )<br>OF THE UNITED STATES OF AMERICA,)<br>an Illinois non-profit corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HUMAN KINETICS, INC. )<br>an Illinois corporation, )<br>)<br>Defendant. )<br>_____)<br>HUMAN KINETICS, INC. )<br>an Illinois corporation, )<br>)<br>Counter-Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL COUNCIL OF YOUNG )<br>MEN'S CHRISTIAN ASSOCIATIONS )<br>OF THE UNITED STATES OF AMERICA,)<br>an Illinois non-profit corporation, )<br>)<br>Counter-Defendant. ) | Civil No.: 05 C 5034<br>Judge Norgle<br>Magistrate Judge Valdez |

### ORDER FOR PERMANENT INJUNCTION

This matter coming to be heard on the parties' Joint Motion, the Court having considered all materials filed in support of, and being fully advised in the premises, the Court hereby enters the following Order:

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1. Unless prior written permission of the National Council of Young Men's Christian Associations of the United States of America (Y-USA) has been obtained, Defendant Human Kinetics, Inc., and its officers, agents, servants, employees, attorneys, and persons in active concert or participation with them are permanently enjoined from:

    i. Imitating, copying, duplicating, or otherwise making any use of the marks and names YMCA, YOUNG MEN'S CHRISTIAN ASSOCIATION or Y (the "YMCA Marks"), or confusingly similar trademarks and trade names;

    ii. Manufacturing, producing, distributing, circulating, selling, or otherwise disposing of any printed or electronic material bearing any copy or colorable imitation of any of the YMCA Marks or confusingly similar trademarks;

    iii. Manufacturing, producing, distributing, circulating, selling, or otherwise disposing of any printed or electronic form of the text currently distributed under the title "Discover the YMCA," under that title or under any other title;

    iv. Referring to or describing Triangle University as "An Educational Center for YMCAs" or as an "Educational Center for the YMCA Movement.";

    v. Producing a National Edition of *Y Life Magazine* or publishing member YMCA *Y-Life* editions outside that YMCA member's service area;

    vi. Providing access to the current or any subsequent version of the *Y-Life* website, www.ylifemagazine.com, other than by way of an official website of an independent YMCA on whose behalf HK is publishing a member edition of *YLife Magazine*; HK shall not link to this website through any other YMCA portal or through any portal or website available to the general public;

    vii. Initiating or engaging in any projects with a YMCA member organization that results in the use of any YMCA Mark, or confusingly similar trademark or tradename, outside of that YMCA member organization's service area; and/or

    viii. Initiating or engaging in marketing of any project from outside a member YMCA's service area that results in the use of any YMCA Mark, or confusingly similar trademark or tradename.

2. The terms of this Order shall be applied and interpreted in a manner consistent with the parties' Settlement Agreement, including that HK shall have the same rights and limits as any other vendor with which Y-USA transacts business.

3. All other claims and counterclaims in this action are dismissed with prejudice, each party to bear their own fees and costs.

---

Charles R. Norgle
United States District Judge

Dated:_____
CHI99 4732792-1.014205.0152

2

## **CERTIFICATE OF SERVICE**

I, Michelle C. Burke, an attorney, certify that on December 1, 2006, a copy of the foregoing AGREED MOTION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE was served on the following attorneys of record by CM/ECF Noticing.

Jeffrey S. Boyles
Byron R. Gilchrist
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, P.A.
255 S. Orange Avenue Ste 1401
Orlando, FL 32801
jboyles@addmg.com

Brian R. Gilchrist
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, P.A.
255 South Orange Ave. Ste. 1401
Orlando, FL 32801
bgilchrist@addmg.com

Douglas M. Hall
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street – Ste 4600
Chicago, IL 60602
dhall@nshn.com

Patrick Francis Solon
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison St. – Ste 4600
Chicago, IL 60602
solon@nshn.com

s/ Michelle C. Burke

3